UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-21509-RAR

**PAUL GARCIA**,
*individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

**AROMA360, LLC**,

    Defendant.

_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon the parties' Revised Stipulation of Dismissal ("Stipulation"), [ECF No. 13], filed on June 16, 2023. The Court having reviewed the Stipulation, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice* as to Plaintiff's individual claims without costs to any party and **DISMISSED** *without prejudice* as to any claims of the proposed class. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 17th day of June, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**